July 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT RILEY, Appellant

NO. 14-11-00346-CV                         V.

KRISTINA YOUNG RILEY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, KRISTINA YOUNG RILEY, signed January 10, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, KRISTINA YOUNG RILEY, to pay all costs incurred in this appeal. We further order this decision certified below for observance.